# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3509

_____

Henry Hall,                              *
                                         *
            Appellant,                   *
                                         *   Appeal from the United States
      v.                                 *   District Court for the
                                         *   Southern District of Iowa.
Lear Corporation; IAC Iowa City,         *
LLC; Jeff Schense; Adam Marker,          *        [UNPUBLISHED]
                                         *
            Appellees.                   *

_____

Submitted: March 1, 2011
Filed: March 10, 2011

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Henry Hall appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. We conclude that the court properly granted summary judgment. First, Mr. Hall failed to exhaust his administrative remedies on his race-based hostile-work-environment claim, because his charge of discrimination addressed only retaliation, see Bainbridge v. Loffredo Gardens, Inc., 378 F.3d 756, 760 (8th Cir. 2004); and second, Mr. Hall's retaliation claim fails because he did not

_____

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

create a trialworthy issue on whether the alleged retaliation was causally connected to the protected activity in which he had engaged some three years earlier, see Van Horn v. Best Buy Stores, L.P., 526 F.3d 1144, 1149 (8th Cir. 2008).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____